IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

KEVIN DORSEY  
306 Klagg Ct.  
Glen Burnie, MD 21061

    Plaintiff

vs.

LEE CLARK  
835 Silver Oak  
Lady Lake, FL 32159

    Defendant

FILED  
JUN 6 2005  
CIRCUIT COURT FOR BALTIMORE CITY

CASE No.:

*********************************************************

## COMPLAINT

NOW COMES, the Plaintiff, **KEVIN DORSEY**, by and through his attorney, Christopher P. Brown, and sues the Defendant, **LEE CLARK** for that:

1. On or about 7th day of day of September, 2004, at approximately 12:55 p.m., the Plaintiff, **KEVIN DORSEY**, was carefully and prudently a passenger in a vehicle that was stopped at a traffic light at the intersection of W. Franklin St. & N. Warwick Ave., public roadways in Baltimore City, State of Maryland.

2. On the same date and time, the Defendant, **LEE CLARK**, was operating his vehicle behind the Plaintiff's vehicle on the same roadway, when suddenly and without warning his vehicle forcefully struck the rear of the Plaintiff's vehicle.

3. That the collision was caused by the carelessness and negligence of the Defendant, **LEE CLARK**, in that:

    a. he operated his motor vehicle at a high, dangerous and excessive rate of

LAW OFFICES  
BROWN & OE KA, P.A.  
7420 Baltimore-Ar apolis Blvd.  
Glen Burnie, Ma land 21061  
Telephn e  
(410) 787- 80  
(410) 787- 81  
FAX (410) 7 9-815

1

speed under the circumstances then and there existing;

    b. failed to reduce his speed to avoid a collision;

    c. failed to maintain proper and adequate control of his motor vehicle;

    d. failed to keep a proper lookout for other motor vehicles lawfully upon the highway;

    e. failed to properly steer his motor vehicle in a manner and in time to avoid a collision;

    f. failed to observe due care and precaution for the safety of other vehicles and their occupants;

    g. operated, managed and controlled his motor vehicle in a careless and dangerous manner under the circumstances then and there existing;

    h. and in other respects was negligent in the operation of her motor vehicle;

4. That as a result of the collision the Plaintiff was violently thrown about the interior of the vehicle, which he was carefully and prudently a passenger, and was caused to suffer and sustain severe, painful and permanent injuries in and about his head, body and limbs.

5. That he suffered and sustained, and will continue to suffer and sustain a severe and permanent shock to his nerves and nervous system and great physical pain and mental anguish.

6. That he was, is and will be required to undergo medical treatment in an attempted alleviation of his infirmities resulting from his injuries.

7. That he was, is and will be forced to become obligated for necessary medical expenses to alleviate his injuries, pain and suffering.

8. That he was, is and will be precluded from engaging in his normal activities and pursuits for a long period of time, resulting in a great loss of wages.

9. That he was, is and will be forced to endure severe and substantial emotional distress.

10. That se was, is and will be otherwise hurt, injured, wounded and caused to sustain damages.

11. That all of the Plaintiff's losses, past, present and prospective, were, are and will be due solely to and by reason of the negligence of the Defendant. LEE CLARK, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, this suit is brought and the Plaintiff claims **Two Hundred Thousand Dollars ($200,000.00)** damages.

_____
CHRISTOPHER P. BROWN
7420 Baltimore-Annapolis Blvd.
Glen Burnie, Maryland 21061
(410) 787-1880
Attorney for Plaintiff